# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                        **ORDER**
                             **Criminal File No. 07-240(3) (MJD)**

**CHRISTOPHER PAUL KNOWLTON,**

        **Defendant.**

_____

This matter is before the Court on Defendant's request for a 45 day continuance of his voluntary surrender date. The Court has reviewed the request and finds the Defendant has not provided a sufficient basis to support such request. Accordingly,

IT IS HEREBY ORDERED that Defendant's motion for a continuance is DENIED and the Defendant is ordered to report to the Bureau of Prisons on May 28, 2008 to begin serving his sentence.

Date: May 23, 2008

                                                      s / Michael J. Davis
                                                      Michael J. Davis
                                                      United States District Court